**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FABIAN LOPEZ BENETIZ,

Petitioner,

v. Case No. 3:26-cv-2373-WWB-LLL

WARDEN, NORTH FLORIDA DETENTION FACILITY, et al.,

Respondents.

---

**ORDER**

Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), but he did not pay the filing fee or file a request to proceed as a pauper. Therefore, by **October 15, 2026**, Petitioner must either pay the $5.00 filing fee or file a completed application to proceed *in forma pauperis*.

Petitioner's Motion for Appointment of Counsel (Doc. 3) is **DENIED without prejudice**. Neither due process nor the interests of justice warrant the appointment of counsel at this time.

Petitioner's Motion for Temporary Restraining Order (Doc. 4) is **DENIED**. The Court still retains jurisdiction over the Petition even if Petitioner has been removed from the Middle District of Florida. *See Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004) ("[W]hen the Government moves a habeas petitioner after she properly files a petition naming her immediate custodian, the District Court retains jurisdiction and may direct the writ to any

respondent within its jurisdiction who has legal authority to effectuate the prisoner's release.").

The Court directs the Clerk to mail Petitioner an application to proceed *in forma pauperis* (prisoner filings) form.

**DONE AND ORDERED** at Jacksonville, Florida, on September 17, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 9/15
c:
Fabian Lopez Benetiz, #A220824340